UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN FARIAS,

    Plaintiff,

  v.

THERESA CISNEROS, *et al.*,

    Defendants.

Case No. 2:21-cv-02122-JDP (PC)

ORDER

    Plaintiff, a state prisoner proceeding without counsel, brings this action under 42 U.S.C. § 1983, alleging that defendants violated his civil rights. In his form complaint, plaintiff contends that violations occurred at both California Substance Abuse Treatment Facility ("SATF") and California State Prison-Solano. ECF No. 1 at 1. However, upon further review of the complaint, it is apparent that plaintiff complains only of conduct ocurring at SATF. *See generally id.* at 3-5, 9-16. SATF is located in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal. L.R. 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

1

Good cause appearing, it is hereby ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:   May 10, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2